UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARNOLD R. MANANSALA,

        Petitioner,

v.

ISRAEL JACQUEZ,

        Respondent.

Case No. C19-0698-JCC

ORDER

    The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted;

    (2)    Petitioner's federal habeas petition and this action are DISMISSED; and

    (3)    The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Mary Alice Theiler.

//
//
//
//

ORDER
C19-0698-JCC
PAGE - 1

DATED this 19th day of July, 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-0698-JCC
PAGE - 2